■ PATRICK LALLY et al., Appellants, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Respondents. [716 NYS2d 295] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered June 10, 1999, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff did not oppose defendants' motion for summary judgment and, accordingly, his present arguments against the grant of that relief are unpreserved. The court's dismissal of the second cause of action was required (*LaBello v Albany Med. Ctr. Hosp.*, 85 NY2d 701; *Endresz v Friedberg*, 24 NY2d 478). Concur—Nardelli, J. P., Tom, Lerner, Buckley and Friedman, JJ.